Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| **The Mosaic Company** | |
| **Plaintiff,** | **SUMMONS** |
| **v.** | **Court No.  26-2983** |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S.  Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**

Clerk of the
Court

1.  The Mosaic Company ("Mosaic") is a U.S. producer of the domestic like product and therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C).  Mosaic participated as the Petitioner in the U.S. Department of Commerce's third administrative review of the countervailing duty order on phosphate fertilizers from the Russian Federation and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

_____

(Name and standing of plaintiff)

2.  Mosaic contests certain aspects of the final results of the U.S. Department of Commerce's third administrative review of the countervailing duty order on phosphate fertilizers from the Russian Federation.  *See Phosphate Fertilizers From the Russian Federation*: Final Results of Countervailing Duty Administrative Review; 2023, 91 Fed. Reg. 20,639 (Int'l Trade Admin. Apr. 17, 2026).

_____

(Brief description of contested determination)

3.  The U.S. Department of Commerce's final results were signed on April 13, 2026.

Form 3-1

_____
(Date of Determination)

4.  The U.S. Department of Commerce's final results were published in the Federal Register on April 17, 2026. *Phosphate Fertilizers From the Russian Federation*: Final Results of Countervailing Duty Administrative Review; 2023, 91 Fed. Reg. 20,639 (Int'l Trade Admin. Apr. 17, 2026).

_____
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Stephanie E. Hartmann
Stephanie E. Hartmann

May 18, 2026
Date

David J. Ross
Stephanie E. Hartmann
Elizabeth A. Argenti
Alexandra S. Maurer
Heather Hedges
Jacob A. Laband
Min Seong Kim

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6300
Facsimile: (202) 663-6363
Stephanie.Hartmann@Wilmerhale.com

*Counsel for The Mosaic Company*

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)